IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02142-PAB-CBS

HICA EDUCATION LOAN CORPORATION,

    Plaintiff,

v.

LEONARD J. SOLANO,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the Suggestion of Bankruptcy [Docket No. 9] filed by plaintiff HICA Education Loan Corporation.  Plaintiff informs the Court that defendant has filed a petition under Chapter 7 of the Bankruptcy Code and that, therefore, plaintiff's claims against defendant are automatically stayed pursuant to 11 U.S.C. § 362(a).  Pursuant to the Court's authority under D.C.COLO.LCivR 42.1, it is

    **ORDERED** that this case shall be administratively closed.  The case may be reopened by either party upon a showing of good cause.  It is further

    **ORDERED** that the parties shall file, either jointly or separately, a status report within 30 days of any action that serves to lift the automatic stay.  The status report shall indicate what the action was, the purported impact, and how the party or parties intend to proceed in this case.

    DATED September 4, 2012.