IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02142-PAB-CBS

HICA EDUCATION LOAN CORPORATION,

    Plaintiff,

v.

LEONARD J. SOLANO,

    Defendant.

---

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the Status Report [Docket No. 11] filed by plaintiff HICA Education Loan Corporation, which the Court has construed as a motion to reopen the case. For good cause shown, it is

    **ORDERED** that the motion to reopen the case [Docket No. 11] is granted. It is further

    **ORDERED** that this case shall be reopened.

    DATED February 21, 2013.