### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02142-PAB-CBS

HICA EDUCATION LOAN CORPORATION,

     Plaintiff,

v.

LEONARD J. SOLANO,

     Defendant.

---

### FINAL DEFAULT JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 55(b), the following Default Judgment is hereby entered.

Pursuant to the Order Entering Default Judgment [Docket No. 24] of Judge Philip A. Brimmer entered on May 29, 2013, it is

**ORDERED** that plaintiff HICA Education Loan Corporation's Motion for Default Judgment [Docket No. 22] is **GRANTED**. It is

**FURTHER ORDERED** that judgment is hereby entered in favor of plaintiff and against defendant in the amount of $22,924.23 in unpaid principal; $1,180.71 in unpaid prejudgment interest accrued through April 4, 2013; $13.08 in unpaid late charges; and $106.15 in unpaid prejudgment interest accrued from April 4, 2013 through May 29, 2013.  It is

**FURTHER ORDERED** that post-judgment interest shall accrue at the legal rate of 0.12% in accordance with 28 U.S.C. § 1961.  It is

**FURTHER ORDERED** that the plaintiff is **AWARDED** its costs, to be taxed by the

Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 30th day of May, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler

Edward P. Butler
Deputy Clerk